183 So.2d 653

**Emile J. MESSANA, Individually and for the use and benefit of his minor daughter, Carol Ann Messana,**

**v.**

**ALLSTATE INSURANCE COMPANY et al.**

**No. 48081.**

March 11, 1966.

In re: Emile J. Messana and Carol Ann Messana applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 182 So.2d 93.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

183 So.2d 653

**Hardy N. GOFF, Individually, etc.**

**v.**

**Catherine CARLINO et al.**

**No. 48083.**

March 11, 1966.

In re: Hardy N. Goff applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 181 So.2d 426.

Writ refused. On the facts found by the Court of Appeal the result is correct.